Generated: Feb 24, 2025 11:25AM                                                                                              Page 1/1



## U.S. District Court

### California Northern - San Francisco

Receipt Date: Feb 24, 2025 11:25AM

Schuyler Bishop and John Heling Shen-Sampas
755 Riversville Rd
Greenwich, CT 06831-2626

| Rcpt. No: 311172030 | | Trans. Date: Feb 24, 2025 11:25AM | | Cashier ID: #KA (6780) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #217 | 02/20/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments:** 3:25-cv-01916 LJC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.