TO REUSE: Mark through all previous shipping labels and barcodes.



